IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

ICOT HEARING SYSTEMS, LLC,   )
                             )
     Plaintiff,              )
                             )
v.                           )   CASE NO. CV415-035
                             )
DAVID C. OLSEN and TV EARS,  )
INC.,                        )
                             )
     Defendants.             )
                             )

**O R D E R**

Before the Court is the parties' Notice of Dismissal With Prejudice. (Doc. 10.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), a plaintiff may dismiss an action by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Because Defendants have filed neither an answer nor a motion for summary judgment in this case, Plaintiff's request is **GRANTED** and this action is **DISMISSED WITH PREJUDICE** with each party to bear its own fees and costs. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 15th day of April 2015.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA